STATE OF NORTH CAROLINA v. HERBERT COLEMAN

No. 7010SC586

(Filed 18 November 1970)

APPEAL by defendant from *Ragsdale, S.J.,* First July 1970 Regular Session, WAKE Superior Court.

Defendant was charged with operating a motor vehicle while his license was permanently revoked and while under the influence of intoxicating liquor. Upon a finding of indigency, counsel was appointed to represent him at trial. Upon his plea of not guilty, trial was by jury and a verdict of guilty was returned on each charge. Upon pronouncement of judgment the defendant, in person and without advice of counsel, gave notice of appeal. Defendant's trial attorney's request to be allowed to withdraw was allowed and defendant's present counsel was appointed to perfect his appeal.

*Attorney General Robert Morgan by Assistant Attorney General William W. Melvin and Assistant Attorney General T. Buie Costen for the State.*

*R. P. Upchurch for defendant appellant.*

VAUGHN, Judge.

This indigent defendant was ably represented at his trial and on this appeal. Numerous assignments of error have been brought forward and zealously argued. After careful consideration of the contentions of counsel and the entire record, we are of the opinion that defendant's trial was free of prejudicial error.

No error.

Judges CAMPBELL and BRITT concur.